# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:14-cv-186-GCM

| | |
|---|---|
| DAMON DEMOND STAFFORD, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| FNU MURRAY, et al., ) | |
| Defendants. ) | |

In this civil rights prisoner action brought pursuant to 42 U.S.C. § 1983, this Court denied Defendants' summary judgment motion on February 6, 2017, as to Plaintiff's claim for excessive force. (Doc. No. 96). In its order dated February 6, 2017, the Court stated that it would inquire into appointment of counsel to represent Plaintiff at trial. Attorneys Deven Gray, Amanda Abshire, Kurt Meyers, and Kenneth Bell of the law firm of McGuireWoods, LLP have since then agreed to provide pro bono representation to Plaintiff in this action.

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that the following attorneys are appointed to serve as counsel for Plaintiff in this case: Deven Gray, Amanda Abshire, Kurt Meyers, and Kenneth Bell. The attorneys shall each file a Notice of Appearance in this action in accordance with this order.

Signed: April 24, 2017

Graham C. Mullen
United States District Judge

1