# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 5:14-cv-186-GCM

| | |
|---|---|
| DAMON DEMOND STAFFORD, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| FNU MURRAY, *et al*, | ) |
| Defendants. | ) |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to a typographical error, this case was inadvertently set for trial on January 9, 2018.

THEREFORE, IT IS HEREBY ORDERED THAT the trial in this matter is **RE-SET** for **Monday, January 8, 2018, at 10:00 a.m**. in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, in Courtroom 2-2.

IT IS SO ORDERED.

Signed: June 12, 2017

Graham C. Mullen
United States District Judge