UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-186-GCM

| | |
|---|---|
| DAMON DEMOND STAFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| FNU MURRAY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on its own motion. As stated in the Court's prior Order, dated September 1, 2017, the trial in this matter is set for **Monday, April 9, 2018, at 10:00 a.m**. before the Honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, in Courtroom #2-2.

IT IS SO ORDERED.

Signed: February 8, 2018

Graham C. Mullen
United States District Judge